UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>        Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>        Defendants.<br>_____/ | No. C-13-0176 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

      This *pro se* civil action was filed on January 14, 2013, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. This action is **DISMISSED** without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: June 10, 2013

                                                      _____<br>
                                                      EDWARD M. CHEN<br>
                                                      United States District Judge